DEFENDANT: RAUL CARAVEO

DOB: 1972

ADDRESS:   Sterling, CO   80751

COMPLAINT FILED?   _____ YES   X   NO

OFFENSE:   **Count 1:**        18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

**Counts 2-3**
**5-10, 12-37:**        18 U.S.C. § 287 – False Claims for Refund

LOCATION OF OFFENSE:   El Paso County, Colorado
Pueblo County, Colorado
Delta County, Colorado
Logan County, Colorado
Crowley County, Colorado
Denver County, Colorado

PENALTY:   **Count 1:**        NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment

**Counts 2-3**
**5-10, 12-37:**        NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

AGENT:        Special Agent Anthony Romero, IRS CI

AUTHORIZED BY:   Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
___X_ over five days
_____ other

THE GOVERNMENT
___X___ will seek detention in this case
_____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes        __X__ No