AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>RAUL CARAVEO<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  15-cr-00149-JLK |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RAUL CARAVEO                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to File False Claims for Refund- 18 U.S.C. § 286
False Claims for Refund- 18 U.S.C. § 287 -- Aid and Abet - 18 U.S.C. § 2(a)


Date:  04/07/2015                                                                                               s/Jennifer Hawkins
                                                                                                                      *Issuing officer's signature*

City and state:    Denver, Colorado                                            Jeffrey P. Colwell, Clerk, US District Court
                                                                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                                                                          _____<br>                                                                                                                                   *Arresting officer's signature*<br><br>                                                                                                                                   _____<br>                                                                                                                                   *Printed name and title* |