# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

1. **RAUL CARAVEO,**

       **Defendant.**

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce RAUL CARAVEO before a United States Judge forthwith for proceedings and appearances upon the charges in the INDICTMENT, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this ___8th___ day of ___April___ 2015.

       *s/John L. Kane*
       UNITED STATES DISTRICT COURT
       DISTRICT OF COLORADO