# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.      **RAUL CARAVEO**,

Defendants.

---

## NOTICE OF ATTORNEY APPEARANCE

---

　　　　Martin Stuart of PortmanStuart, LLC, gives notice of his appearance as attorney of record for the defendant, Raul Caraveo.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 17, 2015　　　　　　　　By: s/Martin Stuart_____
　　　　　　　　　　　　　　　　　　　MARTIN STUART, *counsel for*
　　　　　　　　　　　　　　　　　　　*Mr. Caraveo*
　　　　　　　　　　　　　　　　　　　PortmanStuart, LLC
　　　　　　　　　　　　　　　　　　　955 Bannock Street, suite 200
　　　　　　　　　　　　　　　　　　　Denver, CO 80204
　　　　　　　　　　　　　　　　　　　Phone 303-355-6789
　　　　　　　　　　　　　　　　　　　Fax 303-623-0714

## CERTIFICATE OF SERVICE

  I hereby certify that on this __ day of ___ 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Pauluch
Assistant United States Attorney
1225 17th St., Ste. 700
Denver, CO 80202




/s/ Martin Stuart_____
Martin Stuart