IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RAUL CARAVEO,
2.   PAMILA LUCERO,
3.   SABRINA CARAVEO,
4.   EUGENE CHAVEZ,
5.   CAROLINA ARAGON, and
6.   CHRISTINA PORTILLOS,

    Defendants.
_____

**GOVERNMENT'S UNOPPOSED MOTION FOR A STIPULATED
PROTECTIVE ORDER RE PERSONAL IDENTIFYING
AND TAX INFORMATION OF THIRD PARTIES**
_____

    The United States of America, through Assistant United States Attorney Martha A. Paluch, defendant Raul Caraveo, through his counsel Martin Stuart, defendant Pamila Lucero, through her counsel John Schlie, Sabrina Caraveo, through her counsel Marci Gilligan, Eugene Chavez, through his counsel Thomas Ward, defendant Carolina Aragon, through her counsel Robert Pepin, and defendant Christina Portillos, through her counsel John Mosby, respectfully move this Court to enter the attached Stipulated Protective Order governing the discovery in this case in order to protect the personal identifying and tax information of third parties.

    This case involves the defendants' alleged use of other individuals' identifying information, to include social security numbers, dates of birth, and addresses, on tax

1

returns submitted to the IRS.

The discovery in this case is voluminous, and includes tax returns, tax transcripts, and interviews, as well as records from the Department of Corrections and the Department of Motor Vehicles.   The majority of this discovery contains names, social security numbers, dates of birth, and addresses of third parties.   In order to balance the privacy concerns of the individuals named in these documents against the important interest in the government providing broad discovery in this case, the parties have stipulated to the terms set forth in the attached proposed protective order, to include the following:

1. Discovery shall be made only to the defendants, their attorneys, and anyone hired or employed for the purpose of assisting in the preparation of the defense in this case (to include third-party vendors).

2. The defendants and his or her attorney or agents will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case.

3. The discovery in this case shall be maintained in the defense attorneys' (or third-party vendors') custody; and such information shall not otherwise be disclosed, reproduced, or disseminated.

4. Defense counsel agree that if any portion of the discovery is provided to a third-party vendor, defense counsel will provide that vendor with a copy of the Stipulated Protective Order and will ensure that the third-party vendor agrees to the terms set forth in the Stipulated Protective Order prior to receipt of any discovery.

It may in certain circumstances be necessary for defense counsel to share with their clients specific, redacted discovery. In that event, the parties propose to the Court that they be allowed to modify by agreement the proposed Stipulated Protective Order to allow disclosure of that redacted discovery.

THEREFORE, the parties request that the Court enter the attached Stipulated Protective Order.

JOHN F. WALSH
United States Attorney


By:*Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0353
(303) 454-0402 (fax)
Martha.Paluch@usdoj.gov
Attorney for Government

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2015, I electronically filed the foregoing "Government's Unopposed Motion for a Stipulated Protective Order RE Personal Identifying and Tax Information of Third Parties " using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Christina Portillos
john_mosby@msn.com

s/ *Mariah Tracy*
MARIAH TRACY
Legal Assistant
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0401
e-mail: Mariah.Tracy@usdoj.gov

4