IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON, and
6. CHRISTINA PORTILLOS,

    Defendants.

**GOVERNMENT'S UNOPPOSED MOTION FOR ORDER TO APPLY THE COURT'S PREVIOUS ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT (Doc. 80) TO ALL DEFENDANTS**

The United States of America (the government) hereby requests that the Court apply its Order (Doc. 80) excluding 120 days from the computation of time under the Speedy Trial Act to all defendants in this matter. In support of this motion, the United States states as follows:

    1.    On May 8, 2015, Defendants Raul Caraveo and Pamila Lucero filed an Unopposed Motion for an Ends of Justice Continuance of Trial Pursuant to 18 U.S.C. § 3161(h)(7)(A) and Motion for a Complex Case Designation Pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii). Defendants Raul Caraveo and Pamila Lucero requested that the Court add 120 days to their respective speedy trial calculations or a deadline of October 26,

2015.  Doc. 79.

2. On May 11, 2015, the Court issued a Minute Order granting this motion and ordered "that 120 days shall be added to the speedy trial calculations for both Defendant Caraveo (1) and Defendant Lucero (2)." The Court also declared this case complex. Doc. 80.

3. Because Defendants Raul Caraveo and Pamila Lucero are properly joined for trial with the remaining defendants (Sabrina Caraveo, Eugene Chavez, Carolina Aragon, and Cristina[1] Portillos), and no severance motion has been filed or granted, exclusion of the 120 days, which the Court has already found to be reasonable, to all defendants is proper.  18 U.S.C. § 3161(h)(6).

4. The government has consulted with counsel for all six defendants named in this case and none oppose this motion.

Accordingly, the United States respectfully requests that the Court apply its previous Order (Doc. 80) excluding 120 days from the Speedy Trial Act to all defendants named in this case.

---

1 Ms. Portillos's first name is misspelled in the Indictment.   The government will move to correct this in the near future.

Respectfully submitted this 20th day of May, 2015.

                                      JOHN F. WALSH
                                      United States Attorney

                                      s/ *Martha A. Paluch*
                                      MARTHA A. PALUCH
                                      Assistant U.S. Attorney
                                      1225 17th Street, Suite 700
                                      Denver, CO 80202
                                      Telephone 303-454-0100
                                      Facsimile 303-454-0402
                                      Email: martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Christina Portillos
john_mosby@msn.com

s/*Mariah Tracy*
Mariah Tracy
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303 454-0100
Fax: 303 454-0402
Email: mariah.tracy@usdoj.gov