IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON, and
6. CHRISTINA PORTILLOS,

    Defendants.

---

**ORDER ON GOVERNMENT'S UNOPPOSED MOTION FOR ORDER TO APPLY THE COURT'S PREVIOUS ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT (Doc. 80) TO ALL DEFENDANTS**

---

Upon consideration of the Government's Unopposed Motion for Order to Apply the Court's Previous Order Excluding Time from the Speedy Trial Act (Doc. 80) to All Defendants, it is

ORDERED that the Court's previous Order (Doc. 80) excluding 120 days from the Speedy Trial Act calculations, applies to all defendants named in this case.

Dated this _____ day of May, 2015.

                                  BY THE COURT:

                                  _____
                                  John L. Kane
                                  United States District Court Senior Judge