DEFENDANT:   2. PAMILA LUCERO

DOB:  1977

ADDRESS:   Colorado Springs, CO 80909

COMPLAINT FILED?        _____ YES    X\_\_\_NO

OFFENSE: **Count 1:**        18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

**Counts 2-35**       18 U.S.C. § 287 – False Claims for Refund

LOCATION OF OFFENSE:    El Paso County, Colorado
Pueblo County, Colorado
Delta County, Colorado
Logan County, Colorado
Crowley County, Colorado
Denver County, Colorado

PENALTY:  **Count 1:**      NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment

**Counts 2-35**      NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

AGENT:         Special Agent Anthony Romero, IRS CI

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
\_\_\_\_X\_ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
\_\_\_\_X\_\_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    _____   Yes        \_\_X\_\_\_ No