DEFENDANT: 3. SABRINA CARAVEO

DOB: 1983

ADDRESS: Pueblo, CO   81003

COMPLAINT FILED? _____ YES   X   NO

| | | |
|---|---|---|
| OFFENSE: | **Count 1:** | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
| | **Counts 2-3, 5-10, 12-13, 15-29, 31-36** | 18 U.S.C. § 287 – False Claims for Refund |
| LOCATION OF OFFENSE: | | El Paso County, Colorado<br>Pueblo County, Colorado<br>Delta County, Colorado<br>Logan County, Colorado<br>Crowley County, Colorado<br>Denver County, Colorado |
| PENALTY: | **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| | **5-10, 12-13, 15-29, 31-36** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |

AGENT:   Special Agent Anthony Romero, IRS CI

AUTHORIZED BY:   Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
__X__ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
___X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____   Yes   __X__ No