DEFENDANT:   6. CRISTINA PORTILLOS

DOB: 1979

ADDRESS:   Colorado Springs, CO   80903

COMPLAINT FILED?   _____ YES   X   NO

| OFFENSE: | **Count 1:** | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
|---|---|---|
| | **Counts 10, 12 14-17, 30** | 18 U.S.C. § 287 – False Claims for Refund |

LOCATION OF OFFENSE:
El Paso County, Colorado
Pueblo County, Colorado
Delta County, Colorado
Logan County, Colorado
Crowley County, Colorado
Denver County, Colorado

| PENALTY: | **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
|---|---|---|
| | **Counts 10, 12 14-17, 30** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |

AGENT:   Special Agent Anthony Romero, IRS CI

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
__X_ over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
____X___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDETF CASE:   _____ Yes   __X__ No