DEFENDANT:   7. CONRAD ARCHULETA

DOB:  1955

ADDRESS:   Buena Vista, CO 81211

COMPLAINT FILED?   _____ YES   X   NO

OFFENSE:  **Count 1:**        18 U.S.C. § 286 - Conspiracy to File False Claims for Refund

**Counts 34-35:**   18 U.S.C. § 287 – False Claims for Refund

LOCATION OF OFFENSE:   Logan County, Colorado

PENALTY:  **Count 1:**   NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment

**Counts 34-35:**   NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment

AGENT:   Special Agent Anthony Romero, IRS CI

AUTHORIZED BY:  Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
__X__ over five days
_____ other

THE GOVERNMENT
___X___ will seek detention in this case
_____ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes      __X__ No