DEFENDANT: 8. NANCY GUZMAN

DOB: 1950

ADDRESS: Denver, CO 80239

COMPLAINT FILED? _____ YES    X    NO

| OFFENSE: | **Count 1:** | 18 U.S.C. § 286 - Conspiracy to File False Claims for Refund |
| --- | --- | --- |
| | **Counts 34-35:** | 18 U.S.C. § 287 – False Claims for Refund |

LOCATION OF OFFENSE: Pueblo County, Colorado

| PENALTY: | **Count 1:** | NMT 10 years imprisonment; a fine of NMT twice the financial gain of $370,000 (or $740,000), or $250,000, whichever is greater; NMT 3 years supervised release; and $100 Special Assessment |
| --- | --- | --- |
| | **Counts 34-35:** | NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; and $100 Special Assessment |

AGENT: Special Agent Anthony Romero, IRS CI

AUTHORIZED BY: Martha A. Paluch, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:
_____ five days or less
\_\_ X  over five days
_____ other

THE GOVERNMENT
_____ will seek detention in this case
    X \_ \_ \_  will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE: _____  Yes      X    No