IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. CHRISTINA PORTILLOS,
7. CONRAD ARCHULETA,
8. NANCY GUZMAN,

    Defendants.

## ORDER OF RECUSAL

    I hereby recuse myself from this case and ask that it be reassigned. Upon due consideration, I conclude that I cannot consider the matters in this case in a fair and impartial manner.

    Defendant Carolina Aragon's change of plea hearing set for 1:30 p.m. on Wednesday, August 12, 2015, is VACATED.

    Dated this 6th day of August, 2015.

                                      *s/ John L. Kane*_____
                                      Senior United States District Court Judge