IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   **RAUL CARAVEO**,

Defendant.

---

## NOTICE OF DISPOSITION

---

Mr. Caraveo, by and through his attorney, Martin Stuart of PortmanStuart, LLC, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant requests a change of plea hearing for the court to consider the proposed plea agreement.

Respectfully submitted,

Dated: August 10, 2015                By: s/Martin Stuart_____
                                                  MARTIN STUART, *counsel for*
                                                  *Mr. Caraveo*
                                                  PortmanStuart, LLC
                                                  955 Bannock Street, suite 200
                                                  Denver, CO 80204
                                                  Phone 303-355-6789
                                                  Fax 303-623-0714

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch
Assistant United States Attorney
Matha.Paluch@usdoj.gov

Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

John Mosby
Counsel for Christina Portillos
john_mosby@msn.com

John F. Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

David Owen
Counsel for Conrad Archuleta
johnhenry@schlielawfirm.com


/s/ Martin Stuart_____
Martin Stuart