# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   **RAUL CARAVEO**,

Defendant.

---

## MOTION TO EXCUSE MR. CARAVEO FROM CAROLINA ARAGON'S AUGUST 12, 2015, VIDEO TAPED DEPOSITION

---

Mr. Caraveo, by and through his attorney, Martin Stuart of PortmanStuart, LLC, hereby moves the Court for an order excusing him from attending co-defendant Carolina Aragon's video recorded deposition scheduled for August 12, 2015.

**AS GROUNDS:**

1.     On August 10, 2015, Mr. Caraveo filed notice of disposition with the Court (doc. 166) and therefore does not wish to participate in Ms. Aragon's deposition.

**WHEREFORE**, Mr. Caraveo respectfully requests that this Honorable Court enter an order excusing him from Carolina Aragon's video recorded deposition scheduled for August 12, 2015

Respectfully submitted,

Dated: August 10, 2015            By: s/Martin Stuart
                                  MARTIN STUART, *counsel for*
                                  *Mr. Caraveo*
                                  PortmanStuart, LLC
                                  955 Bannock Street, suite 200
                                  Denver, CO 80204
                                  Phone 303-355-6789
                                  Fax 303-623-0714

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of August 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch
Assistant United States Attorney
Matha.Paluch@usdoj.gov

Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

John Mosby
Counsel for Christina Portillos
john_mosby@msn.com

John F. Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

David Owen
Counsel for Conrad Archuleta
johnhenry@schlielawfirm.com

/s/ Martin Stuart_____
Martin Stuart