# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date:  August 19, 2015 |
| Court Reporter:    Tammy Hoffschildt | Interpreter:  n/a |
| Probation Officer: n/a | |

**CASE NO.  15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Ann Paluch |
| Plaintiff, | |
| v. | |
| 2.  PAMILA LUCERO, | John Schile |
| 3.  SABRINA CARAVEO, | Marci Gilligan (by phone) |
| 4.  EUGENE CHAVEZ, | Thomas Ward |
| 6.  CHRISTINA PORTRILLOS, | John Mosby |
| Defendants. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**COURT IN SESSION:**     9:00 a.m.

Appearances of counsel.  Defendant's appearances have been waived.

The Court addresses present status of the case, including the speedy trial calculation.

Statements from counsel addressing speedy trial calculation dates.

The Court addresses motion(s) deadline.

Statements from counsel addressing various issues.

The Court sets no additional deadlines at this time.

**COURT IN RECESS:**     9:37 a. m.
**Total in court time:**     37 minutes
**Hearing concluded**