IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.      **RAUL CARAVEO**,

Defendants.

---

### NOTICE OF ATTORNEY APPEARANCE

---

    Marnie Adams of PortmanStuart, LLC, gives notice of her appearance as co-counsel of record for the defendant, Raul Caraveo.

                                           Respectfully submitted,

Dated: August 19, 2015                         By: s/Marnie Adams_____
                                                 MARNIE ADAMS, co-*counsel for*
                                                 *Mr. Caraveo*
                                                 PortmanStuart, LLC
                                                 955 Bannock Street, suite 200
                                                 Denver, CO 80204
                                                 Phone 303-355-6789
                                                 Fax 303-623-0714

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of August 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Pauluch
Assistant United States Attorney
1225 17th St., Ste. 700
Denver, CO 80202


/s/ Marnie Adams
Marnie Adams