IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

Courtroom Deputy:  Cathy Pearson
Court Reporter:  Tammy Hoffschildt
Probation Officer:  n/a

Date:  August 28, 2015
Interpreter:  n/a

**CASE NO.  15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Ann Paluch |
| Plaintiff, | |
| v. | |
| 1.  RAUL CARAVEO, | Martin Stuart |
| Defendant. | |

COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**    2:05 p.m.
Appearances of counsel.   Defendant is present and in custody.

Defendant sworn and answers true name; Defendant is 43 years old.

**EXHIBITS:**   Court Exhibit 1 - Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant waives reading of the Superseding Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant pleads GUILTY to Count 1 of the Superseding Indictment.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED**:  Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED**:  Sentencing is set for **November 19, 2015, at 10:00 a.m.**

**ORDERED**:  Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**     2:37 p.m.
**Total in court time:**    00:32
**Hearing concluded**