IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

    Defendants.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 219**
_____

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, respectfully moves to restrict Document No. 219, attachments thereto, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1" restriction which would make the document, any order revealing the contents of that document, and the brief filed in support of this motion, "viewable by Case Participants & Court" only.

Dated this 17th day of September, 2015.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney


By:   *s/ Martha A. Paluch*
       Martha A. Paluch
       Assistant U.S. Attorney
       United States Attorney's Office
       1225 17th Street, Suite 700
       Denver, CO   80202
       (303) 454-0100
       Martha.paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on this 17th day of September, 2015, I electronically filed the foregoing under LEVEL ONE restriction with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Mr. Martin Stuart  
Counsel for Raul Caraveo  
mstuart@portmanstuart.com

Mr. David Owen, Jr.  
Counsel for Conrad Archuleta  
davidowen@lodopc.com

Mr. John Schlie  
Counsel for Pamila Lucero  
johnhenry@schlielawfirm.com

Mr. John Sullivan, III  
Counsel for Nancy Guzman  
jfslaw1@aol.com

Ms. Marci Gilligan  
Counsel for Sabrina Caraveo  
gilligan@ridleylaw.com

Mr. Thomas Ward  
Counsel for Eugene Chavez  
tward@wardlawdenver.com

Mr. Robert Pepin  
Counsel for Carolina Aragon  
Robert_Pepin@fd.org

Mr. John Mosby  
Counsel for Cristina Portillos  
john_mosby@msn.com

                                               s/*Mariah Tracy*  
                                               Mariah Tracy  
                                               Legal Assistant  
                                               United States Attorney's Office  
                                               1225 17th Street, Suite 700  
                                               Denver, CO 80202  
                                               303 454-0100  
                                               Fax: 303 454-0402  
                                               Mariah.tracy@usdoj.gov