**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  15-cr-00149-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.     **RAUL CARAVEO**,

Defendant.

---

**MR. CARAVEO'S RESPONSE TO PRESENTENCE REPORT**

---

Mr. Caraveo, by and through his attorneys, Martin Stuart and Marnie Adams of PortmanStuart, LLC, hereby notes his objection to the presentence investigation report and hereby requests this Court find that the specific characteristic of the offense enhancement under USSG § 2B1.1(b)(11)(A)(ii) is not applicable in this case.

### I. INTRODUCTION AND ARGUMENT

1. The government initially accused Mr. Caraveo of violating Title 18, U.S.C., § 286, Conspiracy to File False Claims for Refund and 18 U.S.C. § 287 and 18 U.S.C. § 2(a) Aiding and Abetting False Claim for Refund.

2. Pursuant to plea agreement, Mr. Caraveo plead guilty to Count One - Conspiracy to File False Claims for Refund pursuant to 18 U.S.C. § 286.  Sentencing is set for November 19, 2015.

3. On October 19, 2015, probation filed a presentence investigation report in this matter. At page 6, paragraph 20, probation noted that the adjusted offense level should

1

be increased by two levels based on possession of an authentication feature as a specific offense characteristic under USSG §2B1.1(b)(11)(A)(ii).[1]

4. On October 22, 2015, U.S. Probation Officer Nicole Peterson contacted undersigned counsel and notified them of her intent to remove this enhancement in a revised presentence report.

5. On October 30, 2015, upon further inquiry from undersigned counsel, probation again indicated that they would be filing a revised presentence report with the Court which will remove the enhancement to the offense level under USSG §2B1.1(b)(11)(A)(ii).  However, U.S. Probation Officer Peterson indicated that she would not file the revised report until November 9, 2015. This is one week past defense counsel's deadline to object to the presentence report.

6. Mr. Caraveo objects to the offense level enhancement under USSG § 2B1.1(b)(11)(A)(ii), as it is not applicable in this case.

7. Given the position of U.S. Probation Officer Peterson and her intent to remove the enhancement in a revised presentence report, Mr. Caraveo will defer any further argument on this issue at this time. Mr. Caraveo seeks leave to file a supplemental objection if probation does not file a revised presentence report that strikes this offense level enhancement.


**WHEREFORE**, Mr. Caraveo respectfully requests that this Honorable Court find that the specific characteristic of the offense enhancement under USSG §

---

[1] US Probation's suggested upward adjustment increases Mr. Caraveo's total adjusted offense level to 23. Undersigned counsel believe that the total adjusted offense level should be 21 as calculated by the parties in Mr, Caraveo's plea agreement (doc. 193).

2B1.1(b)(11)(A)(ii) is not applicable in this case. Mr. Caraveo seeks leave to file a supplemental objection on this issue should it be necessary.

                                        Respectfully submitted,

Dated: November 2, 2015        By: s/Martin Stuart
                                          MARTIN STUART
                                          s/Marnie Adams
                                          MARNIE ADAMS,
                                          *counsel for Mr. Caraveo*
                                          PortmanStuart, LLC
                                          955 Bannock Street, suite 200
                                          Denver, CO 80204
                                          Phone 303-355-6789
                                          Fax 303-623-0714

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of November 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch
Assistant United States Attorney
Matha.Paluch@usdoj.gov

Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

John Mosby
Counsel for Christina Portillos
john_mosby@msn.com

John F. Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

David Owen
Counsel for Conrad Archuleta
johnhenry@schlielawfirm.com


/s/ Martin Stuart
Martin Stuart

4