IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  **RAUL CARAVEO,**
2.  PAMILA LUCERO,
3.  SABRINA CARAVEO,
4.  EUGENE CHAVEZ**,**
5.  CAROLINA ARAGON,
6.  CRISTINA PORTILLOS,
7.  CONRAD ARCHULETA, and
8.  NANCY GUZMAN,

   Defendants.

---

## GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves the Court, after having accepted Defendant Raul Caraveo's plea of guilty to Count 1 of the Superseding Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 2-3, 5-10, 12-39 of the Superseding Indictment with respect to Defendant Raul Caraveo only at the time of sentencing.

1

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 13th day of November, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

                s/ *Mariah Tracy*
                MARIAH TRACY
                Legal Assistant
                U.S. Attorney's Office
                1225 17th St., Suite 700
                Denver, CO  80202
                Telephone:  (303) 454-0100
                Fax:  (303) 454-0401
                e-mail: Mariah.Tracy@usdoj.gov