IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

**1**. **RAUL CARAVEO**,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ**,**
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

　　　　Defendants.

## ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

　　　　THIS MATTER comes before the Court upon the Government's motion to dismiss with prejudice Counts 2-3, 5-10, 12-39 of the Superseding Indictment with respect to Defendant Raul Caraveo only.  The Court having considered this motion, it is hereby

　　　　ORDERED that the Government's Motion to Dismiss Counts With Prejudice [Doc.   ] is GRANTED.  It is further

　　　　ORDERED that Counts 2-3, 5-10, 12-39 of the Superseding Indictment are dismissed with prejudice as to Defendant Raul Caraveo only.

1

2

DATED this _____ day of _____, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
District of Colorado

Case 1:15-cr-00149-RM   Document 265-1   Filed 11/13/15   USDC Colorado   Page 2 of 2

2