IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **RAUL CARAVEO**,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
8. NANCY GUZMAN,

      Defendants.

---

**ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE**

---

THIS MATTER comes before the Court upon the Government's motion to dismiss with prejudice Counts 2-3, 5-10, 12-39 of the Superseding Indictment with respect to Defendant Raul Caraveo only.  The Court having considered this motion, it is hereby

ORDERED that the Government's Motion to Dismiss Counts With Prejudice [Doc. 265] is GRANTED.  It is further

ORDERED that Counts 2-3, 5-10, 12-39 of the Superseding Indictment are dismissed with prejudice as to Defendant Raul Caraveo only.

DATED this 19th day of November, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge