# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No. 15-cr-00149-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. RAUL CARAVEO,**
**2. PAMILA LUCERO,**
**3. SABRINA CARAVEO,**
**4. EUGENE CHAVEZ,**
**5. CAROLINA ARAGON, and**
**6. CHRISTINA PORTILLOS,**

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

The undersigned counsel, Assistant United States Attorney Bryan D. Fields, enters his appearance as counsel for the United States in the above-captioned action.

DATED this 22nd day of February, 2016.

                                  JOHN F. WALSH
                                United States Attorney

                By:   *s/Bryan D. Fields*
                       BRYAN FIELDS
                       Assistant United States Attorney
                       United States Attorney's Office
                       1225 17th Street, Suite 700
                       Denver, Colorado 80202
                       Telephone: (303) 454-0100
                       FAX: (303) 454-0409
                       E-mail: Bryan.Fields@usdoj.gov
                       Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2016, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Michelle.Trujillo@usdoj.gov