**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RAUL CARAVEO,
2.    PAMELA LUCERO,
3.    SABRINA CARAVEO,
4.    EUGENE CHAVEZ,
5.    CAROLINA ARAGON,
6.    CRISTINA PORTILLOS,
7.    CONRAD ARCHULETA, and
8.    NANCY GUZMAN,

    Defendants.

---

**ENTRY OF APPEARANCE**
---

Richard K. Kornfeld of Recht Kornfeld, P.C. enters his appearance as counsel of record for witness Michelle Steinhaus in the above-captioned case and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

    Respectfully submitted,

    **RECHT KORNFELD, P.C.**

    s/Richard K. Kornfeld
    RICHARD K. KORNFELD
    Recht Kornfeld, P.C.
    Attorney for Witness Michelle Steinhaus
    1600 Stout St., Suite 1000
    Denver, Colorado 80202
    (303) 573-1900
    (303) 446-9400 (fax)
    rick@rklawpc.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 21st day of April, 2016, I electronically filed the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


s/Erin Holweger
Erin Holweger