IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     RAUL CARAVEO,
2.     PAMELA LUCERO,
3.     SABRINA CARAVEO,
4.     EUGENE CHAVEZ,
5.     CAROLINA ARAGON,
6.     CRISTINA PORTILLOS,
7.     CONRAD ARCHULETA, and
8.     NANCY GUZMAN,

    Defendants.

## MOTION TO QUASH SUBPOENA TO TESTIFY BY WITNESS MICHELLE STEINHAUS

    Witness Michelle Steinhaus, by and through appointed counsel, Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully requests this Court enter an Order quashing the Subpoena to Testify at a Hearing or Trial in a Criminal Case. In support of said motion, witness Steinhaus states as follows:

    1.     Witness Michelle Steinhaus has been subpoenaed to testify at trial in the instant case. Her subpoena calls for her appearance on May 4, 2016 at 9 a.m. The subpoena was issued by the Court at the request of Defendant Cristina Portillos and her counsel.

2. The court appointed undersigned counsel to advise Ms. Steinhaus regarding her legal rights and other pertinent legal issues.

3. Undersigned counsel conferred with counsel for the Government and Ms. Portillos, reviewed certain pleadings and other materials pertinent to the case, and conferred at length with Ms. Steinhaus. It is the judgment of undersigned counsel that Ms. Steinhaus has a valid basis to assert her testimonial privilege against self-incrimination pursuant to the Fifth Amendment to the United States Constitution, which provides that, "No person… shall be compelled in any criminal case to be a witness against himself…" U.S. Const. Amend. V.

4. Further, it is the judgment of undersigned counsel that there is a substantial and real possibility of criminal exposure for Ms. Steinhaus should she testify in this case. See, *United States v. Apfelbaum*, 445 US 115, 128 (1980).

5. Undersigned counsel has communicated his position to counsel for the Government and Ms. Portillos. Counsel for the Government indicated that she understood Ms. Steinhaus' position. Counsel for Ms. Portillos inquired whether undersigned counsel was "advising your client to disregard a United States Federal Court's subpoena" and stated that in the absence of a motion seeking relief from the court, he expected Ms. Steinhaus to appear.

6. As this Court has articulated on the record in this case, it is not proper to require a witness to take the stand merely to assert his or her Fifth Amendment rights. That is exactly what Ms. Steinhaus will be forced to do should she be required to testify, as she will be advised to assert her Fifth Amendment rights regarding her involvement in the alleged tax fraud scheme. As indicated above, Ms. Steinhaus will follow the

advice of her counsel and assert her Fifth Amendment privilege against self-incrimination.

7. Therefore, Ms. Steinhaus should not be required to travel from the West Slope of Colorado merely to assert her Fifth Amendment rights. Accordingly, witness Michelle Steinhaus respectfully requests this Court enter an order excusing her from testifying pursuant to subpoena.

WHEREFORE, witness Michelle Steinhaus respectfully requests this Court enter an order quashing the Subpoena to Testify at a Hearing or Trial in a Criminal Case.

Dated this 29th day of April, 2016.

Respectfully submitted,

s/Richard K. Kornfeld
RICHARD K. KORNFELD
Recht Kornfeld, P.C.
Attorney for Witness Michelle Steinhaus
1600 Stout St., Suite 1000
Denver, Colorado 80202
(303) 573-1900
(303) 446-9400 (fax)
rick@rklawpc.com

4

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of April, 2016, I electronically filed the foregoing **Motion to Quash Subpoena to Testify by Witness Michelle Steinhaus** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


s/Erin Holweger
Erin Holweger