IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 15-cr-00149-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CRISTINA PORTILLOS,

        Defendant.

## NOTICE OF ATTORNEY APPEARANCE

Undersigned counsel, Ronald Gainor, files this Notice of Appearance on behalf of Material Witness, Tanya Barrett in the above captioned case and requests that all pleadings be forwarded to counsel.

Respectfully submitted this 1st day of May, 2016.

        s/ Ronald Gainor
        Ronald Gainor, Esq.
        6414 Fairways Drive
        Longmont, Co, 80503
        Telephone:  (303) 448-9646
        Facsimile:  (303) 447-0930
        Email:  gainorlaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on 1st day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

s/Ronald Gainor