# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Raul Caraveo

v.      Civil action No. 15-CR-00149-RM-01

United States of America

## MOTION
### For Compassionate-Immediate Release, Brief in Support

On 4 April 2020, U.S. Attorney General - William Barr. Began ordering federal Prison officials, to intensify their efforts to {release} vulnerable inmates to home confinement. Due to the {COVID-19} Pandemic. The Attorney General is quoted in POLITICO as stating; "We have to move with dispatch in using {home confinement}." On 3 April 2020, President Trump, signed into law the {CARES ACT}. That allows for earlier releases if the attorney general formally declares an emergency. Which he did on 3 April 2020.

Petitioner argues, that Prior to being transferred to the "FDC" here at Englewood, CO. He was confined at the federal Half-Way house in Denver. He was transferred to the "FDC". Due simply to the fact, that the Half-Way house personnel, were ill-equipped to cope with Petitioner's diagnosed mental health issue. And not due to any violence. Petitioner was simply serving a supervised release confinement. And preparing for re-entry.

To support his claim, that Petitioner is entitled to release under the CARES ACT. Petitioner offers the following legal support U.S. v. Perez, No. 7 cr 513-3 (S.D.N.Y, 1 April 2020), U.S. v. Muniz, No. 4:09-cr-0199 (S.D. Tex, 30 March, 2020) and U.S. v. Brannon, 15-cr-80-02 (S.D. TX 2020)

Petitioner, respectfully request that this Honorable Court, issue and order the FBOP to release Petitioner to home confinement. So, as to be able to care for his elderly parents. And aid in preventing Petitioner in contracting this deadly virus, while confined in this facility. Petitioner would accept any and all conditions of release. codified in 18 USC 3142(g). Including an GPS ankle monitor.

## CONCLUSION

Petitioner prays that this Honorable Court will consider Petitioner's plea. And issue a Show Cause order to the government. To respond to Petitioner's motion. And grant Petitioner's request.

Respectfully Submitted

## Certificate of Service

This is to certify that a copy of the foregoing and within, Has been served on the attorney for the government. Via the Prison mail box rule. As well as Rule 4, F.R.Civ.P. To

The Office of the United States Attorney
1801 California St., Ste. 1600
Denver CO. 80202

RAUL CARAVEO

Pro Sé   #41073-013
FCI Englewood
9595 W. Quincy Ave
Littleton CO. 80123

This 6 day of April, 2020.

CC: own file.

4-8-20

Honorable Judge Moore,

I am writing you this letter because I remember when I was in front of you on my sentencing matter, I remember you saying to me "Mr. Cerrero before you get up here to address the court, I've heard what your attorney said, and what Ms. Paluch said and there both great attorneys, but I want to hear from you without all the legal talk" so in that spirit I write this letter besides what motion I've enclosed, after doing all then years behind bars I got myself involved in the RDAP program completed it and earned my year off by hard work, I got out to the 1/2 way house Oct. 21st 2019 and was there approximately until Dec. 3rd 2019, was regressed and lost my year off, not because I messed up, but because I had the Not Guilty by Reason of Insanity adjudication and was told that the facility could not handle my particular circumstance, so I would be returned to prison until they figure out what to do, I did everything I was suppose to do no write-ups and followed rules, after doing 26 cumulative years in C.D.O.C, F.B.O.P, and Dept of Human Services I put the work in to get myself free, and now find myself in a possible death sentence due to the system not being able to find the right place for me, I am 10 months away from my probation date 2-27-21 which was 3-8-20 before I was regressed due to no fault of my own I hope you can feel what I'm saying without me sounding very angry and upset

and scared of what is happening, my parents who are old and my family waited a long time for me to be free, then to be told "well we don't know what to do" is not acceptable, and when I try to get answers here (F.D.C) all they say is "when we get an order from the court or B.O.P will release you, I just pray to god that my life don't end like this, I close this letter.

Sincerely Raul Caraveo
41073-013

Raul Caraveo #41073-013
9595 Quincy Ave.
Littleton, Co 80123

Ct Legal Mail

U.S. District Court
Office of the Clerk
U.S. District Court House
901 19th St.
Denver, Co 80294

Ct Legal Mail