**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  15-cr-00149-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.     **RAUL CARAVEO**,

Defendant.

---

## NOTICE OF ATTORNEY APPEARANCE

---

    Pursuant to General Order 2020-7, Martin Stuart of McDermott Stuart & Ward LLP,

enters his appearance on behalf of Raul Caraveo.

                                        Respectfully submitted,

Dated:  April 23, 2020                  By: s/Martin Stuart
                                            MARTIN STUART, *counsel for Mr. Caraveo*
                                            PortmanStuart, LLC
                                            955 Bannock Street, suite 200
                                            Denver, CO 80204
                                            Phone 303-355-6789
                                            Fax 303-623-0714

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Martin Stuart
Martin Stuart