# MEMORANDUM



## DEPARTMENT OF PUBLIC SAFETY
### Colorado Mental Health Institute at Pueblo

**COLORADO MENTAL HEALTH INSTITUTE AT PUEBLO**
Jill Marshall, MPH, CEO-Superintendent
1600 West 24th Street
Pueblo, Colorado 81003
Phone (719) 546-4000

**DEPARTMENT OF PUBLIC SAFETY**
Richard McMorran, Chief of Police
1600 West 24th Street
Pueblo, Colorado 81003
Phone (719) 546-4075
FAX (719) 546-4830

## NOTICE OF DETAINER

Date: 04/17-2020

Patient's Name: __Raul Caraveo__    DOB: __02/25/1972__
Charges have been/will be filed on the above-named patient. Please notify this office __01__ days prior to the release of this person. We will arrange to return the patient to our custody.

Patient Charged With: __Not Guilty By Reason of Insanity__

Agency Case Number: __CMHIP # 78861__

Hold For & Notify: __CMHIP- Police - Department of Public Safety__
                          Department

__1600 W. 24th Street__
Street Name

__Pueblo, Colorado, 81003__
City, State, Zip Code

__(719) 546-4281__
Phone number

_[signature] 4-12-20_                    _[signature]_
Signature of Accompanying Officer & Date         Signature of Officer Receiving Patient/Detainer & Date

---

The Mission of the Department of Public Safety is to provide a safe and secure environment of care for the patients, staff and visitors on the grounds of the Colorado Mental Health Institute at Pueblo.

Rev: 03/22/18