IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CRIMINAL CASE NO. 15-CR-00149 RM
RAUL CARAVEO PRO SE
DEFENDANT

V.

THE UNITED STATES OF AMERICA
PLAINTIFF

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2020

JEFFREY P. COLWELL
CLERK

---

MOTION: FOR AN ORDER BY THE COURT FOR A MENTAL HEALTH EVALUATION TO BE DONE BY BUREAU OF PRISONS MENTAL HEALTH PROFESSIONALS

---

IF IT PLEASES THE COURT, DEFENDANT RAUL CARAVEO COMING BEFORE THE COURT PRO SE' RESPECTFULLY ASKS THE COURT TO ORDER A MENTAL HEALTH EVALUATION TO BE DONE WHILE DEFENDANT RAUL CARAVEO IS STILL IN THE CUSTODY OF THE BUREAU OF PRISONS.

1. DEFENDANT RAUL CARAVEO, WAS ADJUDICATED IN STATE COURTS OF COLORADO AS NOT GUILTY BY REASON OF INSANITY, IN CASE# 98CR3581 JEFFERSON COUNTY, CASE# 98463 DOUGLAS COUNTY, AND #99CR551, #99CR552, #99CR553 DENVER COUNTY, IN FEBUARY 2001, MARCH 2001, APRIL 2001 DEFENDANT HAS BEEN IN CUSTODY IN SOME FORM SINCE THAT TIME DEFENDANT RAUL CARAVEO, RESPECTFULLY REQUESTS THE EXAMINATIONS TO BE DONE IN THE INTEREST OF JUSTICE, AS DEFENDANT HAS BEEN IN BUREAU OF PRISONS CUSTODY SINCE JANUARY 16TH 2016. DEFENDANT RAUL CARAVEO HAS SEEN MANY MENTAL HEALTH PROFESSIONALS. DEFENDANTS RELEASE DATE IS FEBUARY 27TH, 2021, AND A MENTAL HEALTH EXAMINATION CAN ASSIST TO REINTEGRATE DEFENDANT RAUL CARAVEO BACK TO A SOCIETY THAT HAS BEEN NON EXISTENT TO DEFENDANT RAUL CARAVEO SINCE SEPT. 21, 1998 DEFENDANT RAUL CARAVEO HAS SPOKEN TO MENTAL HEALTH PROFESSIONALS AT FEDERAL DETENTION CENTER ENGLEWOOD ABOUT THIS, AND Dr. Dwyer, HAS INDICATED THAT SHOULD Dr. Dwyer OR MENTAL HEALTH RECIEVE AN ORDER OF THE COURT THEY WOULD DO AN EXAMINATION ON ME DEFENDANT RAUL CARAVEO, I RAUL CARAVEO ASK THE COURT TO GRANT THIS MOTION RESPECTFULLY, AS TO BE ABLE TO USE THAT INFORMATION TO ASSIST IN A SUCCESSFUL RE-ENTRY, DEFENDANT RAUL CARAVEO WANTS TO BE RESPONSIBLE IN ALL ASPECTS OF UPCOMING RELEASE FEBUARY 27TH, 2021

RESPECTFULLY SUBMITTED DECEMBER 7TH, 2020

/s/ Raul Caraveo   #41023-013

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 7TH DAY OF DECEMBER 2020, I PLACED IN THE U.S. MAIL, A MOTION TO THE CLERK OF THE COURT AS WELL AS THE UNITED STATES DISTRICT ATTORNEYS OFFICE A WRITTEN COPY OF SAID MOTION.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH St. Room A105
DENVER, CO 80294-3589

FCI ENGLEWOOD
RAUL CARAVEO #41073-013
9595 W. Quincy Ave.
LITTLETON, CO 80123

x /s/ Raul Caraveo
RAUL CARAVEO #41073-013

ASSISTANT UNITED STATES ATTORNEY
1801 CALIFORNIA STREET, SUITE 1600
DENVER, CO 80202



Federal Correctional Institution Englewood
RAUL CARAVEO #41073-013
9595 W. Quincy Ave.
Littleton, Co 80123

Legal Mail

DENVER CO 802
8 DEC 2020 PM 6 L

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE., LITTLETON, CO, 30123

DATE/INITIALS 12/8/20

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19th St. Room A105
Denver, Co 80294-3589

80294-250099