OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

15-CR-149-RM

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -4 2021

JEFFREY P. COLWELL
CLERK

#607

RETURN TO SENDER
NO AUTHORIZATION ON FILE
UNIDENTIFIABLE NAME/NUMBER
NOT AT THIS ADDRESS
NO FORWARDING ADDRESS

DENVER CO 802
SPECIAL MAIL
11 DEC 2020 PM 7
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost 12/11/2020
USIPOSTAGE $00.50

FIRST-CLASS MAIL
ZIP 80294
041L11245087

Raul Caraveo
Reg. No. 41073-013
FCI ENGLEWOOD
Inmate Mail/Parcels
9595 V
LITTL

NIXIE    808  DC 1    0012/31/20
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD