

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**RETURN TO SENDER**
NO AUTHORIZATION ON FILE
UNIDENTIFIABLE NAME/NUMBER
NOT AT THIS ADDRESS
NO FORWARDING ADDRESS

15-cr-149-RM - Returned Doc 606

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 04 2021

JEFFREY P. COLWELL
CLERK

PRESENCE OF THE
INMATE

Raul Caraveo
#41073-013
ENGLEWOOD
FEDERAL CORR
9595 WEST QU
LITTLETON, CO

NIXIE

BC: 802942550151      *1720-01957-11-24
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

DENVER CO 802
12/10/2020
neopost
US POSTAGE
$00.50
ZIP 80294
041L11245087
FIRST-CLASS MAIL